

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| HOMER JAVIER AVALOS, | § | No. 08-15-00005-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20120D06030) |
| | § | |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **July 31, 2015.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Charles Louis Roberts, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before July 31, 2015.

IT IS SO ORDERED this 10th day of July, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.